623 F.2d 28
 Norman H. DAVIS et al., For Themselves And On Behalf Of All
Other Shareholders Of Community Medical Systems Corporation
And On Behalf Of All Other Shareholders Of Comed, Inc.,
Plaintiffs-Cross Appellants,
v.
COMED, INC., et al., Defendants-Cross Appellees.
 Nos. 77-3216, 77-3217.
 United States Court of Appeals, Sixth Circuit.
 June 24, 1980.
 
 Michael S. Duty, Daniel M. Bennie, Cincinnati, Ohio, for plaintiffs-cross appellants.
 F. Bruce Abel, Steer, Strauss, White & Tobias, Cincinnati, Ohio, for defendants-cross appellees.
 Before WEICK, LIVELY and KEITH, Circuit Judges.
 
 ORDER
 
 1
 Upon consideration, it is ordered that the Motion for Clarification of Opinion or in the Alternative, Petition for Rehearing by Defendant-Cross-Appellees Comed, Inc., Mediworld, Inc. and Community Medical Systems Corporation, be and it is hereby denied, 619 F.2d 588 (6th Cir.).
 
 
 2
 No active judge having requested that a vote be taken on the suggestion of the Plaintiffs-Cross-Appellants, Norman H. Davis, et al., that its petition for rehearing be heard en banc, said petition was referred to the panel for determination by the Chief Judge.
 
 
 3
 Upon consideration, it is ORDERED that said petition for rehearing be and it is hereby denied.